IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN SCOTT,

      Plaintiff,               No. CIV S-03-0545 FCD KJM P

    vs.

TOM L. CAREY, et al.,

      Defendants.      ORDER

_____/

        Defendants have requested that the discovery deadline be extended to October 7, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' August 15, 2005 request to extend the discovery deadline is granted; and

        2. The parties may conduct discovery until October 7, 2005. All other dates previously set and scheduling provisions ordered remain in force.

DATED: August 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
scot0545.36a