IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SHAWN SCOTT,**<br><br>                    Plaintiff,<br><br>         v.<br><br>**TOM L. CAREY, et al.,**<br><br>                    Defendants. | NO. CIV S-03-0545 FCD KJM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION** |

Good cause appearing, Defendants' request for an extension of time to file a Motion for Summary Judgment is granted. Defendants shall have until December 5, 2005 to file their Motion for Summary Judgment.

**IT IS SO ORDERED:**

DATED: October 13, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

scot0545.36(1).wpd