IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SHAWN SCOTT,** | Case No. 2:03-CV-0545 FCD KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **TOM L. CAREY, et al.,** | |
| Defendants. | |

Good cause appearing, defendants motion to vacate the scheduling order is granted. The current scheduling order as issued on April 26, 2005 is hereby vacated. New dates for the filing of pretrial statements, pretrial conference and trial will be established, if necessary, after resolution of defendants' motion for summary judgment.

Dated: January 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER
1