IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN SCOTT,

    Plaintiff,                    No. CIV S-03-0545 FCD KJM P

    vs.

TOM L. CAREY, et al.,

    Defendants.           ORDER

_____/

        On December 5, 2005, defendants filed a motion for summary judgment based on Federal Rule of Civil Procedure 56. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, or a statement of non-opposition, to defendants' December 5, 2005 motion for summary judgment. Failure to comply with this order may result in a recommendation that this action be dismissed based on Federal Rule of Civil Procedure 41(b).

DATED: February 2, 2006.

                              UNITED STATES MAGISTRATE JUDGE

/scot0545.46.osc