IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN SCOTT,

      Plaintiff,                        No. CIV S-03-0545 FCD KJM P

    vs.

TOM L. CAREY, et al.,

      Defendants.               FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  On February 3, 2006, the court ordered plaintiff to file an opposition or a statement of non-opposition to defendants' December 5, 2005 motion for summary judgment.  Plaintiff was warned that failure to comply with the February 3, 2006 order would result in a recommendation that this action be dismissed under Federal Rule of Civil Procedure 41(b) for failure to comply with court orders.  Plaintiff has not responded to the court's February 3, 2006 order.  Therefore, the court will recommend that this action be dismissed.

        In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed.

        These findings and recommendations are submitted to the United States District

1  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
2  days after being served with these findings and recommendations, plaintiff may file written
3  objections with the court and serve a copy on all parties.  Such a document should be captioned
4  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
5  failure to file objections within the specified time may waive the right to appeal the District
6  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
7  DATED:  May 1, 2006.

UNITED STATES MAGISTRATE JUDGE

---

[1] scot0545.frs